B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Williams, Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Joseph M. Williams** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6484** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**5503 Beck Ave #A**<br>**North Hollywood, CA**<br><br>ZIP Code **91601** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**550 E. Carson Plaza Drive #206**<br>**Carson, CA**<br><br>ZIP Code **90746** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                 Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Williams, Joseph** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **California Central District, Los Angeles Division** | Case Number:<br>**2:12-bk-10196-BR** | Date Filed:<br>**1/04/12** |
| Location<br>Where Filed:  **California Central District, Los Angeles Division** | Case Number:<br>**2:11-bk-26230-VZ** | Date Filed:<br>**5/04/11** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Alik Segal**                          **November 19, 2012**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Alik Segal 175159** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                            Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
| --- | --- |
| | **Williams, Joseph** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Williams**
Signature of Debtor  **Joseph Williams**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November 19, 2012**
Date

### Signature of Attorney*

X **/s/ Alik Segal**
Signature of Attorney for Debtor(s)

**Alik Segal 175159**
Printed Name of Attorney for Debtor(s)

**Law Offices of Alik Segal**
Firm Name

**11620 Wilshire Blvd. #900**
**Los Angeles, CA 90025**

Address

              **Email: Alik.Segal@gmail.com**
**310-362-6157  Fax: 310-382-2551**
Telephone Number

**November 19, 2012                175159**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Central District of California

In re    **Joseph Williams**                                                                 Case No. _____

_____    Chapter    **11** _____
                                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

11/19/12  1:09AM

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
  ☐ Active military duty in a military combat zone.

  ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  __/s/ Joseph Williams_____
                                    **Joseph Williams**
Date:  **November 19, 2012**_____

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Joseph Williams**                              Case No.
                                     Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank Of America, NA (3629-1)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **Bank Of America, NA (3629-1)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **3629 S. Genesse Ave, Los Angeles, CA 90016 (SFR)** | | **451,000.00**<br><br>**(355,000.00 secured)** |
| **Bank Of America, NA (5271-1)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **Bank Of America, NA (5271-1)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **5271 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | **558,275.00**<br><br>**(375,000.00 secured)** |
| **Bank Of America, NA (5271-2)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **Bac Home Loan Servicing<br>450 American St<br>Simi Valley, CA 93065** | **5271 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | **104,861.00**<br>**(375,000.00 secured)**<br>**(558,275.00 senior lien)** |
| **Bank Of America, NA (5303-1)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **Bank Of America, NA (5303-1)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **5303 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | **617,500.00**<br>**(425,000.00 secured)**<br>**(2,235.70 senior lien)** |
| **Bank Of America, NA (5303-2)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **Bank Of America, NA (5303-2)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **5303 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | **199,370.00**<br>**(425,000.00 secured)**<br>**(619,735.70 senior lien)** |
| **Bank Of America, NA (5303-3)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **Bank Of America, NA (5303-3)<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850** | **5303 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | **103,000.00**<br>**(425,000.00 secured)**<br>**(819,105.70 senior lien)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Joseph Williams**                                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Bank Of America, NA (5356-1)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | **Bank Of America, NA (5356-1)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | **5356 8th Ave, Los Angeles, CA 90043 - Duplex (2nd unit is known as 2917 54th St, Los Angeles, CA 90043** | | **506,714.00**<br><br>**(312,000.00 secured)** |
| **Charles Chase (13755-3)**<br>**18005 SAINT ANDREWS PL**<br>**Torrance, CA 90504-4429** | **Charles Chase (13755-3)**<br>**18005 SAINT ANDREWS PL**<br>**Torrance, CA 90504-4429** | **13755 Driftwood Dr, Victorville, CA 92392 - Single Family Residence** | | **25,000.00**<br>**(150,000.00 secured)**<br>**(340,221.00 senior lien)** |
| **Chase Bank (13755-1)**<br>**Po Box 24696**<br>**Columbus, OH 43224** | **Chase Bank (13755-1)**<br>**Po Box 24696**<br>**Columbus, OH 43224** | **13755 Driftwood Dr, Victorville, CA 92392 - Single Family Residence** | | **269,221.00**<br><br>**(150,000.00 secured)** |
| **Chase Bank (13755-2)**<br>**Po Box 24696**<br>**Columbus, OH 43224** | **Chase Bank (13755-2)**<br>**Po Box 24696**<br>**Columbus, OH 43224** | **13755 Driftwood Dr, Victorville, CA 92392 - Single Family Residence** | | **71,000.00**<br>**(150,000.00 secured)**<br>**(269,221.00 senior lien)** |
| **Financial Credit Netwo**<br>**1300 W Main St**<br>**Visalia, CA 93291** | **Financial Credit Netwo**<br>**1300 W Main St**<br>**Visalia, CA 93291** | **CollectionAttorney Southern California Gas** | | **339.00** |
| **GMAC Mortgage, LLC (1675-1)**<br>**ATTN: Bankruptcy Department**<br>**Fort Washington, PA 19034** | **GMAC Mortgage, LLC (1675-1)**<br>**ATTN: Bankruptcy Department**<br>**Fort Washington, PA 19034** | **1675 West Blvd, Los Angeles, CA 90019 (Single Family Residence)** | | **468,000.00**<br><br>**(235,000.00 secured)** |
| **Home Depot Credit Services**<br>**PO Box 689100**<br>**Des Moines, IA 50368-9100** | **Home Depot Credit Services**<br>**PO Box 689100**<br>**Des Moines, IA 50368-9100** | **Items purchased from Home Depot with Home Depot credit card and subject to a Home Depot security interest:**<br><br>**- Dishwasher, Sink, Heating System at 5** | **Disputed** | **12,000.00**<br><br>**(5,000.00 secured)** |
| **Home Depot Credit Services**<br>**PO Box 689100**<br>**Des Moines, IA 50368-9100** | **Home Depot Credit Services**<br>**PO Box 689100**<br>**Des Moines, IA 50368-9100** | **Building materials** | **Disputed** | **4,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Joseph Williams**                                                    Case No.
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Integrated Healthcare Services<br>PO Box 6530<br>Anaheim, CA 92816 | Integrated Healthcare Services<br>PO Box 6530<br>Anaheim, CA 92816 | Proceeds of two auto accident settlements in which Integrated Healthcare Services Physical Therapy Network ("IHS") claims a healthcare provider's lien | Unliquidated<br>Disputed | 4,800.00<br><br>(Unknown secured) |
| Internal Revenue Service<br>Centralized Insolvency Office<br>POB 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Office<br>POB 7346<br>Philadelphia, PA 19101-7346 | 12/31/2010 income tax | | 176.00 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>POB 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Office<br>POB 7346<br>Philadelphia, PA 19101-7346 | 2011 IncomeTax | | Unknown |
| Progressive Management<br>Po Box 2220<br>West Covina, CA 91793 | Progressive Management<br>Po Box 2220<br>West Covina, CA 91793 | CollectionAttorney Southern California Gas Company | | 282.00 |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, **Joseph Williams**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **November 19, 2012**                    Signature    **/s/ Joseph Williams**
_____                            _____
                                                            **Joseph Williams**
                                                            Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re   **Joseph Williams**_____,   Case No. _____

                                                    Debtor

                                                              Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**November 19, 2012**_____        Signature _**/s/ Joseph Williams**_____

                                                              **Joseph Williams**
                                                              Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Chapter 13 filed April 14, 2011, 2:11-bk-26230-VZ, dismissed May 4, 2011. (All schedule A property)**
    **Chapter 13 filed January 4, 2012, 2:12-bk-10196-BR, converted to Chapter 7, discharged November 8, 2012  (All schedule A property)**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Los Angeles, California**              , California.        **/s/ Joseph Williams**
                                                                              **Joseph Williams**
                                                                              *Debtor*

Dated          **November 19, 2012**


                                                                              *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 1015-2.1**

B201 - Notice of Available Chapters (Rev. 11/11)                                USBC, Central District of California

| | |
|---|---|
| Name: | **Alik Segal 175159** |
| Address: | **11620 Wilshire Blvd. #900** |
| | **Los Angeles, CA 90025** |
| Telephone: **310-362-6157** | Fax: **310-382-2551** |

■  Attorney for Debtor
☐  Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| **Joseph Williams**  **AKA Joseph M. Williams** | **NOTICE OF AVAILABLE CHAPTERS** |
| | (Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.      **Services Available from Credit Counseling Agencies**

        **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

        **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

2.      **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

        **Chapter 7:** Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

        1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
        2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
        3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

B201 - Notice of Available Chapters (Rev. 11/11)                                          USBC, Central District of California

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still
    be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and
    property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts
    which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a
    motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose
    from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine
    that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in
    installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar
    amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,
    using your future earnings. The period allowed by the court to repay your debts may be three years or five years,
    depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support
    obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not
    properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long
    term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite
complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings
and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises
primarily from a family-owned farm or commercial fishing operation.

3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either
orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information
supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through
the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the
Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors,
assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not
filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Joseph Williams | X **/s/ Joseph Williams** | **November 19, 2012** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re    **Joseph Williams**                                                    ,    Case No. _____

                                                    Debtor

                                                        Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,409,900.00 | | |
| B - Personal Property | Yes | 4 | 33,560.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 3,392,976.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 176.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 4,621.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,677.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,626.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 1,443,460.00 | | |
| Total Liabilities | | | | 3,397,773.70 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re   **Joseph Williams**                                                                    ,   Case No. _____

                                                              Debtor

                                                                                   Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Joseph Williams**                                          Case No. _____
                                                          ,
                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3629 S. Genesse Ave, Los Angeles, CA 90016 (SFR)** | **Fee simple** | - | **355,000.00** | **451,000.00** |
| **1675 West Blvd, Los Angeles, CA 90019 (Single Family Residence)** | **Fee simple** | - | **235,000.00** | **468,000.00** |
| **5271 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | **Fee Simple** | - | **168,750.00** | **663,136.00** |
| **5303 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | **Fee simple** | - | **191,250.00** | **922,105.70** |
| **13755 Driftwood Dr, Victorville, CA 92392 - Single Family Residence** | **Fee Simple** | - | **150,000.00** | **365,221.00** |
| **5356 8th Ave, Los Angeles, CA 90043 - Duplex (2nd unit is known as 2917 54th St, Los Angeles, CA 90043** | **Fee Simple** | - | **296,400.00** | **506,714.00** |
| **Timeshare Monarch Grand Vacations at Riviera Oaks Resort 25382 Pappas Road, Ramona, California, United States** | **Fee simple** | - | **500.00** | **0.00** |
| **Timeshare: Palm Springs Tennis Club 701 W. Baristo Road, Palm Springs, California** | **Fee simple** | - | **1,000.00** | **0.00** |
| **Georgia Property (undeveloped land)** | **fee simple** | - | **12,000.00** | **0.00** |

|  | Sub-Total > | **1,409,900.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,409,900.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Joseph Williams**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking** | - | 300.00 |
| | | **Bank of America Savings** | - | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings.  No item over $550** | - | 3,400.00 |
| | | **Books.  No item over $550.** | - | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Ordinary Clothing.  No item over $550** | - | 450.00 |
| 7.  Furs and jewelry. | | **Watch, Rings** | - | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **5,350.00** |
|---|---|---|
|  | (Total of this page) | |

  __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Joseph Williams**                                        ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **TIAA-CREF** **$19,670 - Balance in account** **$ 9,561 - Loan x7801** **$ 10,110 - Net** | - | 10,110.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                  **10,110.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph Williams**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor has a claim against his sister Shirley Holder and her husband Terrence Holder for the return of a certain car or its value.  Debtor owned a 1923 Buick Convertible (not drivable, valued around $8-14K). The car will be appraised to determine value more precisely.  Debtor trasferred it to his sister and her husband sometime during June 2011 with the understanding that she would repair the classic car and use it in her event planning business.  The arrangement was that if the transferees repaired the car, they would own 50% of it.  The car has not been repaired.  Transferrees understand their obligation to return the prepetition transfer and are negotiating the payment plan.** | - | **11,000.00** |
| | | **Professional Malpractice Claim against prior attorney Guy Bayley.** | - | **Unknown** |
| | | **Fraud,  conspiracy, unlicensed practice of law, etc. claim against independent paralegal Ed Guy** | - | **Unknown** |
| | | **Three Claims against Esther Escalante to recover 5% fractional interest of 3 real property parcels: 5% of 5271 Angeles Ave, Los Angeles, CA 90043 5% of 5303 Angeles Ave, Los Angeles, CA 90043 5% of 5356 8th Ave, Los Angeles, CA 90043** | - | **Unknown** |
| | | **Claim against Maurice Stephenson currently pending in an adversary proceeding 2:12-ap-01854-BR** | - | **0.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1982 Mercedes Benz 300D** | - | **900.00** |

Sub-Total >    **11,900.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __Joseph Williams_____,    Case No. _____

_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1995 Nissan SUV** | - | **1,200.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Items purchased from Home Depot with Home Depot credit card and subject to a Home Depot security interest:**<br><br>**- Dishwasher, Sink, Heating System at 5303 Angeles Vista Blvd., Los Angeles, CA 90043 and**<br><br>**- Market Value is approximate** | - | **5,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Proceeds of two auto accident settlements in which Integrated Healthcare Services Physical Therapy Network ("IHS") claims a healthcare provider's lien. Debtor had an auto accident on Aug 2008 and recovered about $3,000 for for pain and suffering. The total settlement was $14,000. He was treated for that accident at IHS. On 3/8/10, debtor was injured in another auto accident and he continued to be treated at IHS. For the second accident debtor received about $6,667 for pain and suffering, while the total recovery was about $20,000. IHS claims a lien on some recovery in Mr. Williams's possession. The amount of the claim, the amount of the collateral, and the secured status are disputed. Investigation is continuing.** | - | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **6,200.00** |
| (Total of this page) | |
| Total > | **33,560.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Joseph Williams**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Timeshare Monarch Grand Vacations at Riviera Oaks Resort** | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **25382 Pappas Road, Ramona, California, United States** | | | |
| **Timeshare: Palm Springs Tennis Club** | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **701 W. Baristo Road, Palm Springs, California** | | | |
| **Georgia Property (undeveloped land)** | C.C.P. § 703.140(b)(5) | 10,250.00 | 12,000.00 |
| **Cash on Hand** | | | |
| **Cash** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America Checking** | C.C.P. § 703.140(b)(5) | 300.00 | 300.00 |
| **Bank of America Savings** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings.  No item over $550** | C.C.P. § 703.140(b)(3) | 3,400.00 | 3,400.00 |
| **Books.  No item over $550.** | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| **Ordinary Clothing.  No item over $550** | C.C.P. § 703.140(b)(3) | 450.00 | 450.00 |
| **Furs and Jewelry** | | | |
| **Watch, Rings** | C.C.P. § 703.140(b)(4) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **TIAA-CREF** | 29 U.S.C. § 1056(d) | 10,110.00 | 10,110.00 |
| **$19,670 - Balance in account** | | | |
| **$ 9,561 - Loan x7801** | | | |
| **$ 10,110 - Net** | | | |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re      **Joseph Williams**                                                    ,        Case No. _____
                                                                    **Debtor**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Debtor has a claim against his sister Shirley Holder and her husband Terrence Holder for the return of a certain car or its value.  Debtor owned a 1923 Buick Convertible (not drivable, valued around $8-14K).  The car will be appraised to determine value more precisely. Debtor trasferred it to his sister and her husband sometime during June 2011 with the understanding that she would repair the classic car and use it in her event planning business. The arrangement was that if the transferees repaired the car, they would own 50% of it.  The car has not been repaired.  Transferrees understand their obligation to return the prepetition transfer and are negotiating the payment plan. | C.C.P. § 703.140(b)(5) | 11,000.00 | 11,000.00 |
| Professional Malpractice Claim against prior attorney Guy Bayley. | C.C.P. § 703.140(b)(5) | 100% | Unknown |
| Fraud,  conspiracy, unlicensed practice of law, etc. claim against independent paralegal Ed Guy | C.C.P. § 703.140(b)(5) | 100% | Unknown |
| Three Claims against Esther Escalante to recover 5% fractional interest of 3 real property parcels: <br> 5% of 5271 Angeles Ave, Los Angeles, CA 90043 <br> 5% of 5303 Angeles Ave, Los Angeles, CA 90043 <br> 5% of 5356 8th Ave, Los Angeles, CA 90043 | C.C.P. § 703.140(b)(5) | 100% | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1995 Nissan SUV | C.C.P. § 703.140(b)(2) | 1,200.00 | 1,200.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Proceeds of two auto accident settlements in which Integrated Healthcare Services Physical Therapy Network ("IHS") claims a healthcare provider's lien.  Debtor had an auto accident on Aug 2008 and recovered about $3,000 for for pain and suffering.  The total settlement was $14,000.  He was treated for that accident at IHS. On 3/8/10, debtor was injured in another auto accident and he continued to be treated at IHS. For the second accident debtor received about $6,667 for pain and suffering, while the total recovery was about $20,000.  IHS claims a lien on some recovery in Mr. Williams's possession. The amount of the claim, the amount of the collateral, and the secured status are disputed. Investigation is continuing. | C.C.P. § 703.140(b)(5) | 100% | Unknown |

| | | Total: | 39,410.00 | 41,160.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Joseph Williams**                                                          ,    Case No. _____
_____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8315** | | | Opened  1/01/06  Last Active  9/30/11 | | | | | |
| **Creditor #: 1**<br>**Bank Of America, NA (3629-1)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | - | | **First Mortgage (balance as of 6/25/12)**<br><br>**3629 S. Genesse Ave, Los Angeles, CA 90016 (SFR)** | | | | | |
| | | | Value $            **355,000.00** | | | | **451,000.00** | **96,000.00** |
| Account No. | | | | | | | | |
| **Bank Of America**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | | **Additional Notice:**<br>  **Bank Of America, NA (3629-1)** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Fannie Mae**<br>**3900 Wisconsin Avenue, NW**<br>**Washington, DC 20016** | | | **Additional Notice:**<br>  **Bank Of America, NA (3629-1)** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **8469** | | | | | | | | |
| **Seterus**<br>**14523 SW Millikan Way, #200**<br>**Beaverton, OR 97005** | | | **Additional Notice:**<br>  **Bank Of America, NA (3629-1)** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

**4** ____ continuation sheets attached

Subtotal                          **451,000.00**    **96,000.00**
(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Joseph Williams**                                                            , Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxx2248** | | | | **11/8/2007** | | | | | |
| **Creditor #: 2**<br>**Bank Of America, NA (5271-1)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | X | - | **First Mortgage (balance as of 7/24/2012)**<br><br>**5271 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | | | | |
| | | | | Value $              **375,000.00** | | | | **558,275.00** | **183,275.00** |
| Account No. **xxxxx5047** | | | | **11/8/2007** | | | | | |
| **Creditor #: 3**<br>**Bank Of America, NA (5271-2)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | X | - | **Second Mortgage**<br><br>**5271 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | | | | |
| | | | | Value $              **375,000.00** | | | | **104,861.00** | **104,861.00** |
| Account No. **9279** | | | | **09/19/2007** | | | | | |
| **Creditor #: 4**<br>**Bank Of America, NA (5303-1)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | X | - | **First Mortgage**<br><br>**5303 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | | | | |
| | | | | Value $              **425,000.00** | | | | **617,500.00** | **194,735.70** |
| Account No. **7914** | | | | **11/19/2007** | | | | | |
| **Creditor #: 5**<br>**Bank Of America, NA (5303-2)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | X | - | **Second Mortgage**<br><br>**5303 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | | | | |
| | | | | Value $              **425,000.00** | | | | **199,370.00** | **199,370.00** |
| Account No. **9279** | | | | **2/29/2008** | | | | | |
| **Creditor #: 6**<br>**Bank Of America, NA (5303-3)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | X | - | **Third Mortgage**<br><br>**5303 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** | | | | | |
| | | | | Value $              **425,000.00** | | | | **103,000.00** | **103,000.00** |

Sheet **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    **1,583,006.00**        **785,241.70**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Joseph Williams**                                                    ,     Case No. _____
                                                    **Debtor**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1081** | | | | | Opened 11/01/06  Last Active 11/17/11 | | | | | |
| **Creditor #: 7** **Bank Of America, NA (5356-1)** **Attn: Bankruptcy Department** **Po Box 15026** **Wilmington, DE 19850** | | - | | | **First Mortgage** **5356 8th Ave, Los Angeles, CA 90043 - Duplex** **(2nd unit is known as 2917 54th St, Los Angeles, CA 90043** | | | | | |
| | | | | | Value $              **312,000.00** | | | | **506,714.00** | **194,714.00** |
| Account No. | | | | | 10/26/2006 | | | | | |
| **Creditor #: 8** **Charles Chase (13755-3)** **18005 SAINT ANDREWS PL** **Torrance, CA 90504-4429** | | - | | | **Third Mortgage** **13755 Driftwood Dr, Victorville, CA 92392 - Single Family Residence** | | | | | |
| | | | | | Value $              **150,000.00** | | | | **25,000.00** | **25,000.00** |
| Account No. | | | | | | | | | | |
| **Charles Chase** **1106 Palm Ln** **Redondo Beach, CA 90278** | | | | | **Additional Notice:** **Charles Chase (13755-3)** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **Charles Chase** **18005 SAINT ANDREWS PL** **Torrance, CA 90504-4429** | | | | | **Additional Notice:** **Charles Chase (13755-3)** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **xxxxxxxx-5441** | | | | | Opened 12/01/06  Last Active 11/16/11 | | | | | |
| **Creditor #: 9** **Chase Bank (13755-1)** **Po Box 24696** **Columbus, OH 43224** | | - | | | **First Mortgage** **13755 Driftwood Dr, Victorville, CA 92392 - Single Family Residence** | | | | | |
| | | | | | Value $              **150,000.00** | | | | **269,221.00** | **119,221.00** |

Sheet  **2**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **800,935.00** | **338,935.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __Joseph Williams__ _____,    Case No. _____
                                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Chase Bank** **Po Box 24696** **Columbus, OH 43224** | | | | Additional Notice: **Chase Bank (13755-1)** Value $ | | | | **Notice Only** | |
| Account No. **Citibank** **Attn.: Centralized  Bankruptcy** **Po Box 20363** **Kansas City, MO 64195** | | | | Additional Notice: **Chase Bank (13755-1)** Value $ | | | | **Notice Only** | |
| Account No. **x-xxxx-xxxx-5153** **Creditor #: 10** **Chase Bank (13755-2)** **Po Box 24696** **Columbus, OH 43224** | - | | | Opened 12/01/06  Last Active 10/19/11 **Second Mortgage** 13755 Driftwood Dr, Victorville, CA 92392 - Single Family Residence Value $ **150,000.00** | | | | **71,000.00** | **71,000.00** |
| Account No. **US Bank Bankruptcy/Recovery Dept** **POB 5229** **Cincinnati, OH 45201** | | | | Additional Notice: **Chase Bank (13755-2)** Value $ | | | | **Notice Only** | |
| Account No. **xxxxxx7334** **Creditor #: 11** **GMAC Mortgage, LLC (1675-1)** **ATTN: Bankruptcy Department** **Fort Washington, PA 19034** | - | | | 10/3/2006 **First Mortgage** 1675 West Blvd, Los Angeles, CA 90019 (Single Family Residence) Value $ **235,000.00** | | | | **468,000.00** | **233,000.00** |

Sheet __3___ of __4___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| Subtotal (Total of this page) | 539,000.00 | 304,000.00 |
|---|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re    **Joseph Williams**                                         ,    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GMAC Mortgage, LLC** <br>**ATTN: Bankruptcy Department** <br>**Fort Washington, PA 19034** | | | **Additional Notice:** <br>**GMAC Mortgage, LLC (1675-1)** <br><br><br>Value $ | | | | **Notice Only** | |
| Account No. **xxxxxxxxxxx3076** <br><br>**Creditor #: 12** <br>**Home Depot Credit Services** <br>**PO Box 689100** <br>**Des Moines, IA 50368-9100** | X | - | **2008** <br>**Purchase Money Security** <br>**Items purchased from Home Depot with Home Depot credit card and subject to a Home Depot security interest:** <br>**- Dishwasher, Sink, Heating System at 5303 Angeles Vista Blvd., Los Angeles, CA 90043 and** <br>Value $          **5,000.00** | | | X | **12,000.00** | **7,000.00** |
| Account No. **6614** <br><br>**Creditor #: 13** <br>**Integrated Healthcare Services** <br>**PO Box 6530** <br>**Anaheim, CA 92816** | | - | **03/10/2010 - 09/16/2010** <br>**Proceeds of two auto accident settlements in which Integrated Healthcare Services Physical Therapy Network ("IHS") claims a healthcare provider's lien.  Debtor had an auto accident on Aug 2008 and recovered about $3,000 for pain and suf** <br>Value $          **Unknown** | | X | X | **4,800.00** | **Unknown** |
| Account No. **xx-xxx8029** <br><br>**Creditor #: 14** <br>**LA County Department of Public Work** <br>**900 SOUTH FREMONT AVENUE** <br>**Alhambra, CA 91803-1331** | | - | **07/27/2011** <br><br>**LA County Assessment on 5303 Angeles Vista Blvd.** <br><br>**5303 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** <br>Value $          **425,000.00** | | | | **450.70** | **0.00** |
| Account No. **xx-xxx8029** <br><br>**Creditor #: 15** <br>**LA County Department of Public Work** <br>**900 SOUTH FREMONT AVENUE** <br>**Alhambra, CA 91803-1331** | | - | **07/27/2011** <br><br>**LA County Assessment on 5303 Angeles Vista Blvd.** <br><br>**5303 Angeles Vista Blvd, Los Angeles, CA 90043 - Single Family Residence** <br>Value $          **425,000.00** | | | | **1,785.00** | **0.00** |

Sheet   __4__   of   __4__   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **19,035.70** | **7,000.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **3,392,976.70** | **1,531,176.70** |

B6E (Official Form 6E) (4/10)

In re   **Joseph Williams**                                    , Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Joseph Williams**                                                  ,  Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 4/15/2011 | | | | | |
| **Creditor #: 1** **Internal Revenue Service** **Centralized Insolvency Office** **POB 7346** **Philadelphia, PA 19101-7346** | - | | **12/31/2010 income tax** | | | | | **0.00** |
| | | | | | | | **176.00** | **176.00** |
| Account No. | | | 4/15/2012 | | | | | |
| **Creditor #: 2** **Internal Revenue Service** **Centralized Insolvency Office** **POB 7346** **Philadelphia, PA 19101-7346** | - | | **2011 IncomeTax** | | | | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **176.00** | **176.00** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **176.00** | **176.00** |

B6F (Official Form 6F) (12/07)

In re   **Joseph Williams**                               ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | |
| Account No. **xxx4105** <br><br> **Creditor #: 1** <br> **Financial Credit Netwo** <br> **1300 W Main St** <br> **Visalia, CA 93291** | | - | | | | | | |
| | | | | | | | | **339.00** |
| Account No. **xxxxxxxxxxx9782** <br><br> **Creditor #: 2** <br> **Home Depot Credit Services** <br> **PO Box 689100** <br> **Des Moines, IA 50368-9100** | | - | | | | | X | |
| | | | | | | | | **4,000.00** |
| Account No. **2:12-ap-01854-BR** <br><br> **Creditor #: 3** <br> **Maurice Stephenson** <br> **c/o Alvin B. Sherron** <br> **1055 Wilshire Blvd., #1702** <br> **Los Angeles, CA 90017** | | - | | | | X | X | |
| | | | | | | | | **0.00** |
| Account No. **xxxx3476** <br><br> **Creditor #: 4** <br> **Progressive Management** <br> **Po Box 2220** <br> **West Covina, CA 91793** | | - | | | | | | |
| | | | | | | | | **282.00** |

DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE.

- Creditor #1: Opened 8/01/11 CollectionAttorney Southern California Gas
- Creditor #2: Building materials
- Creditor #3: 2007-2008 Adversary Proceeding 2:12-ap-01854-BR
- Creditor #4: Opened 8/01/11 CollectionAttorney Southern California Gas Company

| | | |
|---|---|---|
| **_0_** continuation sheets attached | Subtotal <br> (Total of this page) | **4,621.00** |
| | Total <br> (Report on Summary of Schedules) | **4,621.00** |

B6G (Official Form 6G) (12/07)

.

In re   **Joseph Williams**                                                                    ,        Case No. _____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Joseph Williams**                                                     ,    Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maurice Stephenson**<br>**c/o Alvin Sherron, Esq.**<br>**1055 Wilshire Blvd., # 1702**<br>**Los Angeles, CA 90017** | **Bank Of America, NA (5271-1)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** |
| **Maurice Stephenson**<br>**c/o Alvin Sherron, Esq.**<br>**1055 Wilshire Blvd., # 1702**<br>**Los Angeles, CA 90017** | **Bank Of America, NA (5271-2)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** |
| **Maurice Stephenson**<br>**c/o Alvin Sherron, Esq.**<br>**1055 Wilshire Blvd., # 1702**<br>**Los Angeles, CA 90017** | **Bank Of America, NA (5303-2)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** |
| **Maurice Stephenson**<br>**c/o Alvin Sherron, Esq.**<br>**1055 Wilshire Blvd., # 1702**<br>**Los Angeles, CA 90017** | **Bank Of America, NA (5303-3)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** |
| **Maurice Stephenson**<br>**c/o Alvin Sherron, Esq.**<br>**1055 Wilshire Blvd., # 1702**<br>**Los Angeles, CA 90017** | **Bank Of America, NA (5303-1)**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850** |
| **Maurice Stephenson**<br>**c/o Alvin Sherron, Esq.**<br>**1055 Wilshire Blvd., # 1702**<br>**Los Angeles, CA 90017** | **Home Depot Credit Services**<br>**PO Box 689100**<br>**Des Moines, IA 50368-9100** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

11/19/12  1:09AM

B6I (Official Form 6I) (12/07)

In re   **Joseph Williams** _____   Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Single** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **Self-Employed Musician** | |
| Name of Employer | | |
| How long employed | **20+ years** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
| --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 3,077.00 | $ N/A |
| 8. Income from real property | $ 3,600.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 6,677.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,677.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,677.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **Income is based on YTD numbers.**

B6J (Official Form 6J) (12/07)

In re  **Joseph Williams**                                                      Case No. _____

_____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 500.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | |
| b. Is property insurance included? | Yes ___   No **X** | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 315.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 188.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 799.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 65.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 3,997.00 |
| 17. Other   **Music Business Expenses** | $ | 12.00 |
| Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,626.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Most expenses are based on YTD numbers**_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,677.00 |
| b.   Average monthly expenses from Line 18 above | $ | 6,626.00 |
| c.   Monthly net income (a. minus b.) | $ | 51.00 |

11/19/12  1:09AM

**B6J (Official Form 6J) (12/07)**
In re   __Joseph Williams__                                            Case No. _____
                                         Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cell Phone 1** | $ | **110.00** |
| **Cell Phone 2** | $ | **100.00** |
| **Land Line** | $ | **70.00** |
| **Internet** | $ | **35.00** |
| **Total Other Utility Expenditures** | $ | **315.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Joseph Williams**

_____
Debtor(s)

Case No. _____

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 19, 2012**

Signature   **/s/ Joseph Williams**

**Joseph Williams**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re **Joseph Williams**                                             Case No.

Debtor(s)                           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$29,000.00** | **2012 YTD: Self Employment as Musician** |
| **$36,000.00** | **2011: Self Employment as Musician** |
| **$27,000.00** | **2010: Self Employment as Musician** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$27,500.00** | **2012 YTD: Rental Income** |
| **$33,000.00** | **2011: Rental Income** |
| **$34,000.00** | **2010: Rental Income** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Joseph Williams v. (Motorist)** | **Personal Injury and Property Damage.  Filed 2012.  Settled 2012.** | **LASC Central** | **Settled for $6,666 (proceeds to Debtor)** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

11/19/12  1:09AM

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Williams v. Bank of America, BC 456 346** | **Quiet Title** | **LASC Central** | **Dismissed 1/6/12** |
| **Stephenson v. Williams, LASC Central BC 465-939** | **Breach of Contract** | **LASC Central** | **Pending** |
| **Joseph Williams v. Marco Lee 11002030** | **Eviction of Squatter** | **Superior Court, County of Los Angeles 1725 Main Street Santa Monica, CA 90401** | **Evicted** |
| **Joseph Williamas v.  Deirdre Levy, 11 U 02607** | **Eviction of Squatter** | **Superior Court of California, Los Angeles County 1725 Main Street Santa Monica, CA 90401** | **Settled: Mortgage Lender paid cash for key to get squatter to move out.** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Federal National Mortgage Assn 3900 Wisconsin Avenue, NW Washington, DC 20016-2892** | **7/19/2011** | **5271 Angeles Vista Blvd., Los Angeles, CA 90043 $375,000 This sale was reversed subsequently by Notice of Recision of Trustee's Deed recorded on 10-11-2011** |

**6.  Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

**None**
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **5303 Angeles Vista Blvd, Los Angeles, CA 90043** | **Squatters invaded 5303 Angeles Vista Blvd, Los Angeles, CA 90043 in 2011 while it was vacant. While I tried to evict them, they turned the house into a public nuisance that was cited by the city of Los Angeles. Insurance covered repair of the house but not nuisance abatement charges from the Los Angeles County.** | **approx April 2011** |
| **5303 Angeles Vista Blvd., Los Angeles, CA.** | **Jacky Cunningham was a squatter who invaded 5303 Angeles Vista Blvd., Los Angeles, CA. It took 9 months to evict her.** | **Dec 2009 to Sep 2010** |
| **5303 Angeles Vista Blvd., Los Angeles, CA.** | **Squatter invaded 5303 Angeles Vista Blvd., Los Angeles, CA. It took less than a month to evict him.** | **March 2012** |
| **5271 Angeles Vista Blvd, Los Angeles, CA 90043** | **After BOFA/FNMA improperly foreclosed on 5271 Angeles Vista Blvd, Los Angeles, CA 90043, the property was invaded by Cecil Lavon McLeod who was a sophisticated squatter. He produced a fraudulent lease purportedly signed by FNMA. He claimed to have rented the house in December 2011 from FNMA through West Coast Rental, a rental agent. FNMA denied any association and West Coast Rentals did not answer its phone. He was evicted in Jan 2012.** | **approx December 2011 until January 2012** |
| **5271 Angeles Vista Blvd., Los Angeles, CA** | **Squatter Dierdra Mays invaded 5271 Angeles Vista Blvd., Los Angeles, CA. It took 9 months to evict her.** | **Oct 2010 to July 2011** |
| **3629 S. Genesse Ave, Los Angeles, CA 90016** | **Debtor's residence was burglarized and vandalized on 4 separate occasions in the period of 3 years.** | **2008-2011** |
| **Building Materials worth $2,000 and 1965 Datsun Hatchback (classic) worth about $5,000** | **These items were in the garage of 5271 Angeles Vista Blvd., Los Angeles, CA 90043 when squatter Dierdra Mays invaded in Oct - Nov 2010. After she left in Jul 2011, these items were gone and unaccounted for. Neighbors had seen building contractors pick up and haul away building materials from the location. No insurance coverage or compensation.** | **Oct 2010 to Jul 2011** |

5

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Guy R. Bayley**<br>**515 S. Figueroa St. #1080**<br>**Los Angeles, CA 90071** | **12/12/11** | **$3,500** |
| **Guy R. Bayley**<br>**515 S. Figueroa St. #1080**<br>**Los Angeles, CA 90071** | **?????** | **$1,060** |
| **Law Offices of Alik Segal**<br>**11620 Wilshire Blvd. #900**<br>**Los Angeles, CA 90025** | **6/9/2012, 7/5/2012, 8/6/2012** | **$7,700.00** |
| **Law Offices of Alik Segal**<br>**11620 Wilshire Blvd. #900**<br>**Los Angeles, CA 90025** | **7/24/2012** | **$230** |
| **Law Offices of Alik Segal**<br>**11620 Wilshire Blvd. #900**<br>**Los Angeles, CA 90025** | **9/6/2012** | **$208** |
| **Law Offices of Alik Segal**<br>**11620 Wilshire Blvd. #900**<br>**Los Angeles, CA 90025** | **Eunice Walker** | **$3,000** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bank Of America, NA**<br>**Attn: Bankruptcy Department**<br>**Po Box 15026**<br>**Wilmington, DE 19850**<br>   **Mortgage Lender** | **1/6/2012** | **Claim against Bank of America, NA settled. Debtor filed suit against Bank of America in Los Angeles Superior Court (BC456346) concerning irregularities in the foreclosure process of 5271 Angeles Vista Blvd., Los Angeles, CA 90043. Although FNMA (Bank of America) foreclosed on 7/5/2011, suit continued and resulted in a settlement providing for the return of the property to the debtor by Notice of Recision of Trustee's Deed Upon Sale recorded on 10/11/2011.  The suit was dismissed on 1/6/2012.** |
| **Shirley and Terrence Holder**<br>**15143 Crane St**<br>**Fontana, CA 92336**<br>   **My sister and her husband** | **June 2011** | **1923 Buick Convertible (not drivable, valued around $8-14K, appraisal pending)  The intent was that Transferees would repair the classic car and use it in their event planning business and receive 50% ownership in return.  The car has not been repaired.  Transferees understand their obligation to return the prepetition transfer and are negotiating the payment plan.** |

6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Esther Escalante**<br><br>**Stranger** | | **5% of 5271 Angeles Vista Blvd., Los Angeles, CA 90043 on 7/5/2011**<br>**5% of 5303 Angeles Vista Blvd., Los Angeles, CA 90043 on 7/5/2011**<br>**5% of 5356 8th Ave, Los Angeles, CA 90043 on 8/6/2011**<br>**Each transfer was made for no value upon advice and according to the plan of independent paralegal Ed Guy who gave me the name of Transferee.  My former attorney Guy Bayley was aware of the plan but failed to (1) advise me to abstain or (2) to explain to me the negative impact of this strategy.** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

7

**15.  Prior address of debtor**

None
☐
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3629 S. Genesse Ave, Los Angeles, CA 90016** | | **1993 - September 2012** |
| **15143 Crane St, Fontana, CA 92336** | | **September 2012 to November 11, 2012** |

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Import/Export Business | | | Debtor is expecting to participate in this business with other principals (partners, shareholders, LLC members?).  Planning stages only | Never operated |
| Home Improvement Business | | | Debtor is expecting to participate in this business with other principals (partners, shareholders, LLC members?).  Planning stages only | Never Operated |
| Self-Employed Musician | Debtor's SSN | | Debtor has been a self-employed musician for over 30 years | 1980's to the present |

None


b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                            ADDRESS

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 19, 2012**                         Signature   **/s/ Joseph Williams**
                                                                      **Joseph Williams**
                                                                      Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re **Joseph Williams** Debtor. | Case No.: **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................... $ _____ **10,700.00**

   Prior to the filing of this statement I have received ............... $ _____ **10,700.00**

   Balance Due ................................................................... $ _____ **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Debtor: $5,000 6/5/2012
   Debtor: $2,000 7/6/2012
   Debtor: $  700 8/4/2012**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):   **Eunice Walker: $3,000 6/20/2012**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.  Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**        **1998 USBC, Central District of California**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November 19, 2012** | **/s/ Alik Segal** |
| *Date* | **Alik Segal 175159** |
| | *Signature of Attorney* |
| | **Law Offices of Alik Segal** |
| | *Name of Law Firm* |
| | **11620 Wilshire Blvd. #900** |
| | **Los Angeles, CA 90025** |
| | **310-362-6157  Fax: 310-382-2551** |

11/19/12  1:09AM

February 2006                                                                2006 USBC Central District of California

## United States Bankruptcy Court
### Central District of California

In re   **Joseph Williams**                                                  Case No. _____
                                            Debtor(s)        Chapter      **11**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,   **Joseph Williams** , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐       I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
        (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

■       I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐       I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐       I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
        (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐       I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐       I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   **November 19, 2012**                  Signature   **/s/ Joseph Williams**
                                                          **Joseph Williams**
                                                          Debtor

B22B (Official Form 22B) (Chapter 11) (12/10)

In re    **Joseph Williams**
_____
                    Debtor(s)

Case Number: _____
                    (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $            0.00 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts    $ **3,089.00** $<br>b. Ordinary and necessary business expenses    $ **12.00** $<br>c. Business income    Subtract Line b from Line a | | $        3,077.00 | $ |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts    $ **3,600.00** $<br>b. Ordinary and necessary operating expenses    $ **3,997.00** $<br>c. Rent and other real property income    Subtract Line b from Line a | | $            0.00 | $ |
| 5 | **Interest, dividends, and royalties.** | | $            0.00 | $ |
| 6 | **Pension and retirement income.** | | $            0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $            0.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ **0.00** Spouse $ | | $            0.00 | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.    $        $<br>b.    $        $ | | $            0.00 | $ |

B22B (Official Form 22B) (Chapter 11) (12/10)                                                                                                          2

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $          **3,077.00** | $ |
|----|------|------|------|
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $                                                                   **3,077.00** | |

| | **Part II. VERIFICATION** |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __**November 19, 2012**__          Signature: __**/s/ Joseph Williams**__<br><br>                              **Joseph Williams**<br>                                   (Debtor) |

Verification of Creditor Mailing List - (Rev. 10/05)                                   2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Alik Segal 175159**

Address    **11620 Wilshire Blvd. #900 Los Angeles, CA 90025**

Telephone    **310-362-6157 Fax: 310-382-2551**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Joseph Williams**<br>**AKA Joseph M. Williams** | Case No.:<br><br>Chapter:      **11** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**3**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **November 19, 2012**                         **/s/ Joseph Williams**
                                                                    **Joseph Williams**
                                                                    Signature of Debtor

Joseph Williams
550 E. Carson Plaza Drive #206
Carson, CA 90746


Alik Segal
Law Offices of Alik Segal
11620 Wilshire Blvd. #900
Los Angeles, CA 90025

Bank Of America
Attn: Bankruptcy Department
Po Box 15026
Wilmington, DE 19850


Charles Chase
1106 Palm Ln
Redondo Beach, CA 90278


Charles Chase
18005 SAINT ANDREWS PL
Torrance, CA 90504-4429


Chase Bank
Po Box 24696
Columbus, OH 43224


Citibank
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Fannie Mae
3900 Wisconsin Avenue, NW
Washington, DC 20016


Financial Credit Netwo
1300 W Main St
Visalia, CA 93291


GMAC Mortgage, LLC
ATTN: Bankruptcy Department
Fort Washington, PA 19034

Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368-9100


Integrated Healthcare Services
PO Box 6530
Anaheim, CA 92816


Internal Revenue Service
Centralized Insolvency Office
POB 7346
Philadelphia, PA 19101-7346


LA County Department of Public Work
900 SOUTH FREMONT AVENUE
Alhambra, CA 91803-1331


Maurice Stephenson
c/o Alvin B. Sherron
1055 Wilshire Blvd., #1702
Los Angeles, CA 90017


Progressive Management
Po Box 2220
West Covina, CA 91793


Seterus
14523 SW Millikan Way, #200
Beaverton, OR 97005


US Bank Bankruptcy/Recovery Dept
POB 5229
Cincinnati, OH 45201