| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alik Segal (SBN 175159)<br>LAW OFFICES OF ALIK SEGAL<br>11620 Wilshire Blvd. #900<br>Los Angeles, CA 90025<br>Phone: 310-362-6157<br>Fax: 310-382-2551<br>Alik.Segal@BkFort.com | |

☐ *Individual appearing without attorney*
☑ *Attorney for:* Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>JOSEPH WILLIAMS,<br><br><br><br>Debtor(s). | CASE NO.: 1:12-bk-20158-AA<br><br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOF OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE [LBR 3001-1]**<br><br>No Hearing Required |
|---|---|

The court has set a deadline of _____April 5_____, 20 13  (Bar Date), for creditors in the above-referenced matter to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIMS MUST BE FILED WITH THE COURT CLERK AT:

☐ 255 East Temple Street, Los Angeles, CA 90012        ☐ 411 West Fourth Street, Santa Ana, CA 92701
☑ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
☐ 3420 Twelfth Street, Riverside, CA 92501

    You may obtain a Proof of Claim form on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the court.  Some of the exceptions to this deadline for filing Proofs of Claim include: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of government units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

    For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a Proof of Claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) the Bar Date, whichever is later.

    For claims of "government units," as that term is defined in 11 U.S.C. § 101(27), Proofs of Claims are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) the Bar Date, whichever is later. 11 U.S.C.§ 502(b)(9).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          Page 1                              **F 2081-1.6.NOTICE.BARDATE**

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a Proof of Claim is (a) 30 days after the entry of judgment avoiding the transfer, or (b) the Bar Date, whichever is later.

If you are listed on the Debtor's Schedules of Assets and Liabilities and your claim is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules. The filing of a Proof of Claim is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, etc.) is correct.  11 U.S.C. § 1111(a).

If your claim is not listed on the schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim, you must file a Proof of Claim.

**FAILURE OF A CREDITOR OR INTEREST HOLDER TO FILE TIMELY A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING.  11 U.S.C. § 502(b)(9).  CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date:  03/07/2013

By:  /s/ ALIK SEGAL
Signature of Debtor, or attorney for Debtor

Name:  ALIK SEGAL, ESQ
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*    Page 2    **F 2081-1.6.NOTICE.BARDATE**

| In re: | CHAPTER: **11** |
|---|---|
| **Joseph Williams** <br> Debtor(s). | CASE NUMBER: **1:12-bk-20158-AA** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**11620 Wilshire Blvd. #900**
**Los Angeles, CA 90025**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF BAR DATE FOR FILING PROOF OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE [LBR 3001-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **03/07/2013**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Mark Domeyer mdomeyer@mileslegal.com**
- **Jacqueline S Eberhard bknotice@mccarthyholthus.com**
- **Neil M Katsuyama nmkatsuyama@jonesbell.com, neil.katsuyama@gmail.com**
- **Casey J OConnell ecfcacb@piteduncan.com**
- **S Margaux Ross margaux.ross@usdoj.gov**
- **Alik Segal alik.segal@bkfort.com, alik.segal.ecf.mem@gmail.com**
- **United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov**
- **Edward T Weber bknotice@rcolegal.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 7, 2013** | **Grigoriy Grigoryants 286804** | **/s/ Grigoriy Grigoryants** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Joseph Williams** | Debtor(s). | CASE NUMBER: **1:12-bk-20158-AA** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**11620 Wilshire Blvd. #900**
**Los Angeles, CA 90025**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF BAR DATE FOR FILING PROOF OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE [LBR 3001-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **3/07/2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 7, 2013** | **Jay Jump** | **/s/ Jay Jump** |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **9013-3.1.PROOF.SERVICE**

11620 Wilshire Blvd. #900Law Offices of Alik Segal
Alik Segal
11620 Wilshire Blvd. #900
Los Angeles, CA  90025
310 362-6157

Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

DATE RECEIVED: Mar 07, 2013            TIME RECEIVED: 10:30AM            TOTAL SERVED: 31

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE:    Joseph Williams

CASE NO: 1:12-bk-20158-AA

## CERTIFICATE OF SERVICE

Chapter: 11

ECF Docket Reference No:

On Thursday, March 07, 2013, a copy of the following documents, described below,

**NOTICE OF BAR DATE FOR FILING PROOF OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE [LBR 3001-1]**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: March 7, 2013

/s/ Jay Jump
Jay Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Alik Segal
11620 Wilshire Blvd. #900
Los Angeles, CA  90025
310 362-6157

**Note:** The addresses on the attached mailing list were processed through the USPS Zip+4 validation database as well as the USPS National Change of Address Database (NCOA-link) in accordance with the USPS Domestic Mail Manual Rules.  The delivery point zip code and carrier routing were imprinted on the mailpiece with an Intelligent Mail Barcode for faster and more reliable delivery.

*Certificate of Service*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:12-bk-20158-AA<br>Central District Of California<br>San Fernando Valley<br>Wed Mar  6 15:07:41 PST 2013 | Bank of America, N.A., its assignees and/or<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | L.A. County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 | US Bank Bankruptcy/Recovery Dept<br>POB 5229<br>Cincinnati, OH 45201-5229 |
| Bank Of America<br>Attn: Bankruptcy Department<br>Po Box 15026<br>Wilmington, DE 19850-5026 | Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | Charles Chase<br>1106 Palm Ln<br>Redondo Beach, CA 90278-2734 |
| Charles Chase<br>18005 SAINT ANDREWS PL<br>Torrance, CA 90504-4429 | Chase Bank<br>Po Box 24696<br>Columbus, OH 43224-0696 | Citibank<br>Attn.: Centralized  Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195-0363 |
| Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Fannie Mae<br>3900 Wisconsin Avenue, NW<br>Washington, DC 20016-2892 | Federal National Mortgage Association<br>PO Box 2206<br>Grand Rapids, MI  49501-2206 |
| Financial Credit Netwo<br>1300 W Main St<br>Visalia, CA 93291-5825 | GMAC Mortgage, LLC<br>ATTN: Bankruptcy Department<br>Fort Washington, PA 19034 | Home Depot Credit Services<br>PO Box 689100<br>Des Moines, IA 50368 |
| Integrated Healthcare Services<br>PO Box 6530<br>Anaheim, CA 92816-0530 | Internal Revenue Service<br>Centralized Insolvency Office<br>POB 7346<br>Philadelphia, PA 19101-7346 | LA County Department of Public Work<br>900 SOUTH FREMONT AVENUE<br>Alhambra, CA 91803-1331 |
| LOS ANGELES COUNTY TAX COLLECTOR<br>225 N HILL ST RM 130<br>LOS ANGELES CA 90012-3253 | U.S. Bank National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Progressive Management<br>Po Box 2220<br>West Covina, CA 91793-2220 |
| Seterus<br>14523 SW Millikan Way, #200<br>Beaverton, OR 97005-2352 | | |