Alik Segal (SBN 175159)
Law Office of Alik Segal
11620 Wilshire Blvd, Suite 900
Los Angeles, CA 90026
Telephone: (310) 362-6157
Facsimile: (310) 382-2551
E-mail: Alik.Segal@BkFort.com

Attorney for Debtor and
Debtor in Possession
*Joseph Williams*

**FILED & ENTERED**

JUL 03 2013

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Remy    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

    Joseph Williams,

                    Debtor and Debtor-in-Possession

Case No. 1:12-bk-20158-AA

Chapter 11

**ORDER GRANTING MOTION TO DETERMINE VALUE OF REAL PROPERTY LOCATED AT 3629 S. GENESEE AVENUE, LOS ANGELES, CA 90016**

Date:  6/12/2013
Time:  10:00 a.m.
Crtrm   303
       United States Bankruptcy Court
       21041 Burbank Blvd.
       Woodland Hills, CA 91367

The Court has considered the *Motion ("Motion") to Determine Value of Real Property Located at 3629 S. Genesee Avenue., Los Angeles, CA 90016 (the "Property")* filed by Joseph Williams, the debtor-in-possession ("Debtor") and based on the matters set forth in the Motion, and having considered the declaration in support of the Motion, all relevant documents on file in the case, and good cause appearing therefore;

**IT IS HEREBY ORDERED that**

1. The Motion is granted.
2. The property is valued at $362,000.00
3. Fannie Mae is determined to have a $361,862.00 secured claim and a $90,591.00 unsecured claim.

###

Date: July 3, 2013

Alan M. Ahart
United States Bankruptcy Judge

ORDER GRANTING MOTION TO DETERMINE VALUE OF
REAL PROPERTY LOCATED AT 3629 S. GENESEE AVENUE, LOS ANGELES, CA

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)*: **ORDER GRANTING MOTION TO DETERMINE VALUE OF REAL PROPERTY LOCATED AT 3629 S. GENESEE AVENUE, LOS ANGELES, CA 90016** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of *(date)* **06/26/2013**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- **Mark Domeyer** mdomeyer@mileslegal.com
- **Jacqueline S Eberhard** bknotice@mccarthyholthus.com
- **Lemuel B Jaquez** bjaquez@mileslegal.com
- **Neil M Katsuyama** nmkatsuyama@jonesbell.com, neil.katsuyama@gmail.com
- **Erica T Loftis** bknotice@rcolegal.com
- **Terry Loftus** bknotice@mccarthyholthus.com, tloftus@mccarthyholthus.com
- **Casey J OConnell** ch11ecf@piteduncan.com
- **Casey J OConnell** ch11ecf@piteduncan.com
- **Renee M Parker** bknotice@earthlink.net, rmparker@wrightlegal.net
- **Kelly M Raftery** bknotice@mccarthyholthus.com
- **S Margaux Ross** margaux.ross@usdoj.gov
- **Alik Segal** alik.segal@bkfort.com, alik.segal.ecf.mem@gmail.com
- **United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov
- **Edward T Weber** bknotice@rcolegal.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

*Debtor:*
**Joseph Williams,
550 E Carson Plaza Dr #206,
Carson, CA 90746**

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below

☐ Service information continued on attached page

_____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.