Alik Segal (SBN 175159)
LAW OFFICES OF ALIK SEGAL
433 N. Camden Dr. #400
Beverly Hills, CA 90210
Phone: 310-362-6157
Fax:    310-382-2551
Alik.Segal@BkFort.com

Counsel to Debtor and
Debtor-In-Possession
*Joseph Williams*

**FILED & ENTERED**

**DEC 30 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Reaves    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>JOSEPH WILLIAMS,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. **1:12-bk-20158-AA**<br><br>Chapter 11<br><br>**ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 12, 2014, AS AMENDED BY THE SECOND REVISED PLAN ADDENDUM DATED DECEMBER 16, 2014**<br><br>Confirmation Hearing:<br>Date:    **December 23, 2014**<br>Time:   **10:00 am**<br>Ctrm:    **303**<br>Location: **21041 Burbank Boulevard**<br>         **Woodland Hills, CA 91367**<br><br>Status Conference:<br>Date:    **April 29, 2015**<br>Time:    **10:00 am**<br>Ctrm:    **303**<br>Location: **21041 Burbank Boulevard**<br>         **Woodland Hills, CA 91367** |

A hearing (the "Hearing") was held on December 23, 2014 at 10:00 a.m., before the

Honorable Alan M. Ahart, United States Bankruptcy Judge for the Central District of

**ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION
DATED SEPTEMBER 12, 2014, AS AMENDED BY THE SECOND REVISED PLAN
ADDENDUM DATED DECEMBER 16, 2014**

California, in Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills, CA 91367 for the Court to consider confirmation of the latest plan proposed by Joseph Williams, Debtor and Debtor-in-Possession ("Debtor").

The latest proposed plan is embodied in two documents:

(1) First Amended Plan dated September 12, 2014 (Doc 188) and

(2) Second Revised Plan Addendum dated December 16, 2014 (Doc 193) ("Revised Addendum") amending the First Amended Plan dated September 12, 2014.

(collectively "Plan").

The Debtor appeared by and through his counsel of record, Alik Segal, Esq. ("Counsel"). Other appearances, if any, were as reflected on this Court's record.

This Order is based, in part, upon the following pleadings before the Court:

- Stipulation re Avoidance of Lien with U.S. Bank, N.A. re property located at 13755 Driftwood Dr., Victorville, CA 92392 (Doc 94);

- Stipulation re Adequate Protection and Plan Treatment of Citibank, N.A.'s claim secured by the property located at 13755 Driftwood Dr., Victorville, CA 92392 (Doc 98);

- Stipulation re Adequate Protection and Plan Treatment of U.S. Bank, N.A.'s claim secured by the property located at 1675 West Blvd, Los Angeles, CA 90019 (Doc 127);

- Debtor's First Amended Plan ("First Amended Plan") and First Amended Disclosure Statement ("First Amended Disclosure Statement") (Doc 188);

- Debtor's Second Revised Plan Addendum to the First Amended Plan (Doc 193);

- Stipulation re Plan Treatment of Los Angeles County Treasurer and Tax Collector's Claim (Doc 206);

**ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 12, 2014, AS AMENDED BY THE SECOND REVISED PLAN ADDENDUM DATED DECEMBER 16, 2014**

- Stipulation re Plan Treatment of Citibank, N.A's claim secured by the property located at 5303 Angeles Vista Blvd., Los Angeles, CA 90043 (Doc 209);

- Notice of the Deadline to Return Ballots for Accepting or Rejecting Debtor's First Amended Plan (Doc 216);

- Notices of Hearing on Confirmation of Debtor's First Amended Plan (Doc 218);

- Debtor's Motion for an Order to Confirm Debtor's First Amended Plan (Doc 221);

- Stipulation re Plan Treatment of Green Tree Servicing LLC's claim secured by real property located at 5271 Angeles Vista Blvd. Los Angeles, CA 90043 (Doc 230);

- Amended Summary of Ballots Cast in Acceptance and Rejection of Debtor's First Amended Plan (Doc 232);

- Debtor's Supplemental Brief in Support of Confirmation of Debtor's First Amended Plan (Doc 233);

- Declaration of Joseph Williams in Support of the Plan Confirmation (Doc 243);

- Declaration of Gregory Grigoryants in Support of the Plan Confirmation (Doc 244).

The Court, having considered the Disclosure Statement and Plan, the ballot tabulation and voting on the Plan as well as all other evidence submitted by the Debtor in support of confirmation of the Plan, the complete record in this case, the statements and representations made by Debtor and counsel at the Confirmation Hearing, and the Court, having determined that proper notice of the Disclosure Statement and Plan and of the Hearing was given, and good cause appearing therefor, hereby makes and issues the following findings of fact, conclusions of law and order.

**<u>FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>**

**ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 12, 2014, AS AMENDED BY THE SECOND REVISED PLAN ADDENDUM DATED DECEMBER 16, 2014**

A.      Petition.  On November 19, 2012, the Debtor commenced his case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

B.      Section 1129. The Plan satisfies all of the requirements of Bankruptcy Code §1129(a) and §1129(b).

C.      Notice.  Notice of the Confirmation Hearing was reasonable, sufficient and appropriate under the circumstances and is hereby approved.  No other or further notice of the Confirmation Hearing, the deadline for filing and serving objections to the Plan, or the entry of this Order is required.

## ORDER

NOW, THEREFORE, BASED UPON ALL OF THE FOREGOING, IT IS HEREBY ORDERED THAT:

1.      Confirmation. The Plan is hereby confirmed pursuant to Sections 1129(a) and 1129(b) of the Bankruptcy Code.

2.      Effective Date. The Effective Date is January 6, 2015.

3.      Additional Provisions.  The following provisions were read into the record and are hereby added to the plan:

   a. Creditor Internal Revenue Service:

      i. The monthly payment on the prepetition claim is $73.00 per month for thirty (30) months commencing February 11, 2015.

   b. Creditor Internal Revenue Service:

      i. The postpetition arrears for year 2012 are $34.00 and will be paid on the effective date.

    ii. The postpetition arrears for year 2013 are $979.00 and will be paid on the effective date.

  c. Creditor U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8; Collateral 1675 West Boulevard, Los Angeles, CA 90019:

    i. "Notwithstanding any other provision of the Plan, in accordance with the stipulation filed on 6/18/2013 (Doc 127) as approved by order filed on 9/9/2013 (Doc 138), there will be no transfer and assumption permitted for property located at 1675 West Boulevard, Los Angeles, California 90019."

4. <u>Final Decree.</u>  Once the Debtor's estate has been fully administered in accordance with Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtor shall file a motion to obtain a final decree closing the case. The Reorganized Debtor shall be responsible for timely payment of all fees incurred pursuant to 28 U.S.C. § 1930(a)(6).

5. ~~<u>Administrative Claims Bar Date</u>. Requests for payment of administrative claims must be filed and served on counsel for the Debtor and the Debtor no later than the date which is thirty (30) days after the Effective Date, **other than professional fee claims**. Holders of administrative claims that are required to file a request for payment of such claims and do not file such requests by the applicable bar date, shall be forever barred from asserting such claims against the Debtor, his estate, the Debtor's Funds or the Creditor Trust.~~

6. ~~<u>Unclaimed Distributions.</u>  If the Reorganized Debtor attempts to make a distribution to an Allowed Claim holder but such distribution is unclaimed, until the expiration of 60 days following the date on which the distribution of the unclaimed property has been attempted, unclaimed property shall be delivered upon presentation of proper proof by a holder~~

~~of its entitlement thereto. After the expiration of 60 days following the date on which the distribution of the unclaimed property has been attempted, any holder of an Allowed Claim who has failed to collect his or her unclaimed property waives his or her right to such property, and checks issued to pay Allowed Claims shall be null and void if not negotiated within 60 days after the date of issuance thereof. Thereafter, all right, title and interest in the unclaimed property shall vest in the Debtor.~~

7. <u>Status Conference.</u> ~~A post-confirmation status conference shall be held before the Court on April 29, 2015 at 10:00 a.m. The Reorganized Debtor shall file a post-confirmation status report on or before April 15, 2014.~~ **Within 120 days of the entry of this order, on 04/15/2015, Debtor shall file a status report explaining what progress has been made toward consummation of the confirmed plan of reorganization. The initial report shall be served on the United States trustee, the 20 largest unsecured creditors, and those parties who have requested special notice. Further reports shall be filed every 120 days thereafter and served on the same entities, unless otherwise ordered by the court**. A post-confirmation status conference will be held on 04/29/15 at 10:00 a.m. in Courtroom 303.

**8. <u>Property of the estate upon conversion to chapter 7</u>. Unless otherwise provided in the plan, if the above-referenced case is converted to one under chapter 7, the property of the reorganized debtor shall be revested in the chapter 7 estate, except that, in individual cases, the postpetition income from personal services and proceeds thereof, and postconfirmation gifts or inheritances pursuant to 11 U.S.C. §§ 541(a)(5)(A), 541(a)(6), 1115(a) or 1115(b), shall not automatically revest in the chapter 7 estate.**

~~9. Discharge. At any time after confirmation during the plan period, upon completion of payments to all unsecured creditors (including professional claimants), Debtor may apply to the Court and obtain discharge and the final decree closing the case.~~

**ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 12, 2014, AS AMENDED BY THE SECOND REVISED PLAN ADDENDUM DATED DECEMBER 16, 2014**

IT IS SO ORDERED.

### 

Date: December 30, 2014

Alan M. Ahart
United States Bankruptcy Judge

**ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION
DATED SEPTEMBER 12, 2014, AS AMENDED BY THE SECOND REVISED PLAN
ADDENDUM DATED DECEMBER 16, 2014**

Declarations referenced in the court's tentative ruling are attached and are referenced in the lodged order on page 3 of 6.

Alik Segal (SBN 175159)
Law Offices of Alik Segal
433 N. Camden Dr. #400
Beverly Hills, CA 90210
Telephone: (310) 362-6157
Facsimile: (310) 382-2551
E-mail: Alik.Segal@BkFort.com
*Attorney for Debtor and
Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO DIVISION

| | |
|---|---|
| In re:<br><br>JOSEPH WILLIAMS,<br><br>Debtor and<br>Debtor-In-Possession | Chapter 11<br><br>Case No.: 1-12-bk-20158-AA<br><br>**DECLARATION OF JOSEPH WILLIAMS IN SUPPORT OF THE PLAN CONFIRMATION**<br><br>**Plan Confirmation Hearing**<br>Date:   December 23, 2014<br>Time:  10:00 am<br>Ctrm:   303<br>Place:  21041 Burbank Boulevard<br>             Woodland Hills, CA 91367 |

**DECLARATION OF JOSEPH WILLIAMS**

# DECLARATION OF JOSEPH WILLIAMS

I, JOSEPH WILLIAMS do hereby declare as follows:

1. I am a Debtor and Debtor-in-Possession in the Chapter 11 case No.: 1:12-bk-20158-AA filed on November 19, 2012.

2. I have personal knowledge of the facts set forth herein, except where otherwise stated. If called upon to testify to the statements in this Declaration, I could and would competently do so under oath.

3. I have complied with sections 1129(a)(12), 1129(a)(14), and 521(f).

4. I have paid all U.S. Trustee fees that are currently due. § 1129(a)(12).

5. I have no domestic support obligations. § 1129(a)(14).

6. I have filed all tax returns that are currently due. § 521(f).

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2014 at Los Angeles, California.

/s/ Joseph Williams
Joseph Williams, Declarant

DECLARATION OF JOSEPH WILLIAMS

Alik Segal (SBN 175159)
Law Offices of Alik Segal
433 N. Camden Dr. #400
Beverly Hills, CA 90210
Telephone: (310) 362-6157
Facsimile: (310) 382-2551
E-mail: Alik.Segal@BkFort.com
*Attorney for Debtor and*
*Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 1-12-bk-20158-AA |
| JOSEPH WILLIAMS, | **DECLARATION OF GREGORY GRIGORYANTS IN SUPPORT OF THE PLAN CONFIRMATION** |
| Debtor and Debtor-In-Possession | **Plan Confirmation Hearing**<br>**Date:** December 23, 2014<br>**Time:** 10:00 am<br>**Ctrm:** 303<br>**Place:** 21041 Burbank Boulevard<br>        Woodland Hills, CA 91367 |

**DECLARATION OF GREGORY GRIGORYANTS**

# DECLARATION OF GREGORY GRIGORYANTS

I, Gregory Grigoryants, do hereby declare as follows:

1.  The facts stated are within my personal knowledge, except for those stated on information and belief. If sworn to be a witness, I could competently testify to the facts below.

2.  I am an of counsel attorney for the Law Offices of Alik Segal ("Debtor's Attorney"), Attorney for Joseph Williams Debtor and Debtor-In-Possession ("Debtor") in the above caption cased.

3.  On November 19, 2012, Debtor commenced his Chapter 11 case ("Petition Date").

4.  In its December 22, 2014 tentative ruling on Debtor's Motion to Confirm, the Court requested Debtor to provide evidence of the votes cast in acceptance and rejection of Debtor's Plan. The Amended Summary of Ballots dated December 16, 2014, filed as document number 232, list all the votes received as of December 16, 2014.

5.  As of writing, no additional ballots have been received, and the Amended Summary of Ballots is still complete and accurate.

6.  I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.


Dated: December 22, 2014


                                                              /s/ Gregory Grigoryants
                                                           Gregory Grigoryants, Declarant