Giovanni Orantes, State Bar No. 190060
Luis A. Solorzano, State Bar No. 310278
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

General Insolvency Counsel for
Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>JOSEPH WILLIAMS,<br><br>          Reorganized Debtor. | Case No. 1:12-bk-20158-MB<br><br>Chapter 11 Proceeding<br><br>**STATUS REPORT REGARDING MOTION FOR AN ORDER TO SHOW CAUSE WHY DITECH FINANCIAL, LLC SHOULD NOT BE HELD IN CONTEMPT**<br><br>**HEARING**<br>Date:    April 10, 2018<br>Time:   01:30 p.m.<br>Place:   Courtroom 303<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

1    Joseph Williams, the Reorganized Debtor (the "Debtor") submits this Status Report.

2    The Debtor and Ditech Financial, LLC ("Ditech"), through their attorneys of record have
3    exchanged drafts of the settlement agreement and are working out final details of a settlement
4    agreement. Unfortunately, as of today, April 3, 2018, there is no executed settlement agreement.
5    Therefore, the Debtor and Ditech request additional time to resolve the issues pending.

6    Respectfully submitted,

8    Dated:  April 3, 2018                        THE ORANTES LAW FIRM, P.C.

                                                  By: _____
                                                      Luis A. Solorzano
                                                      Giovanni Orantes
                                                      General Insolvency Counsel for Joseph Williams

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
The Orantes Law Firm, P.C. 3435 Wilshire Blvd., Ste. 2920, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT REGARDING MOTION FOR AN ORDER TO SHOW CAUSE WHY DITECH FINANCIAL, LLC SHOULD NOT BE HELD IN CONTEMPT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/3/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Avanesian on behalf of Attorney Alik Segal
bk@jtlegalgroup.com, michael@ecf.inforuptcy.com

Michael Avanesian on behalf of Interested Party Courtesy NEF
bk@jtlegalgroup.com, michael@ecf.inforuptcy.com

Michael Daniels on behalf of Creditor Nationstar Mortgage, LLC.
BkECFnotifications@nationstarmail.com

Mark T. Domeyer on behalf of Interested Party Courtesy NEF
mdomeyer@denleyinvestment.com

Jacqueline S Eberhard on behalf of Creditor Bank of America, N.A., its assignees and/or successors
bknotice@mccarthyholthus.com

Todd S Garan on behalf of Creditor U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Lemuel Bryant Jaquez on behalf of Creditor Citibank, N.A. as Trustee for Bear Sterns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-8
bjaquez@mileslegal.com

Neil M Katsuyama on behalf of Creditor Maurice Stephenson
nmkatsuyama@jonesbell.com, neil.katsuyama@gmail.com

Vanessa Lewis on behalf of Creditor Ocwen Loan Servicing, LLC
vanessa.lewis@ocwen.com

Erica T Loftis on behalf of Creditor Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com

Erica T Loftis on behalf of Creditor Wilmington Trust, N.A., as trustee for the structured asset mortgage investments II trust, mortgage pass-through certificates, series 2007-AR2
Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com

Terry Loftus on behalf of Creditor Bank of America, N.A.
bknotice@mccarthyholthus.com, tloftus@mccarthyholthus.com

Terry Loftus on behalf of Creditor Green Tree Servicing, LLC
bknotice@mccarthyholthus.com, tloftus@mccarthyholthus.com

Casey J OConnell on behalf of Creditor Citibank, N.A. as Trustee for Bear Sterns ALT-A Trust, Mortgage Pass-Through

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

Certificates, Series 2006-8
casey@caseyoconnelllaw.com, colaw@ecf.inforuptcy.com

Casey J OConnell on behalf of Creditor U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8
casey@caseyoconnelllaw.com, colaw@ecf.inforuptcy.com

Casey J OConnell on behalf of Creditor U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association, as Trustee for Certif
casey@caseyoconnelllaw.com, colaw@ecf.inforuptcy.com

Casey J OConnell on behalf of Interested Party Courtesy NEF
casey@caseyoconnelllaw.com, colaw@ecf.inforuptcy.com

Giovanni Orantes on behalf of Debtor Joseph Williams
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com

Renee M Parker on behalf of Creditor Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
renee.parker@mtglawfirm.com, bknotice@earthlink.net

Renee M Parker on behalf of Interested Party Courtesy NEF
renee.parker@mtglawfirm.com, bknotice@earthlink.net

Kelly M Raftery on behalf of Creditor Bank of America, N.A.
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Kelly M Raftery on behalf of Creditor Wilmington Trust, NA, successor trustee to Citibank, N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust II, Mortgage Pass- Throug
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Christopher O Rivas on behalf of Interested Party Ditech Financial LLC
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

John D Schlotter on behalf of Creditor CITIBANK N.A. AS TRUSTEE FOR CMLTI ASSET TRUST, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT
ecfmail@aclawllp.com

John D Schlotter on behalf of Creditor PennyMac Loan Services, LLC
ecfmail@aclawllp.com

Alik Segal on behalf of Attorney Alik Segal
alik.segal@bkfort.com, alik.segal.ecf.mem@gmail.com

Alik Segal on behalf of Creditor Bank of America, N.A.
alik.segal@bkfort.com, alik.segal.ecf.mem@gmail.com

Alik Segal on behalf of Interested Party Courtesy NEF
alik.segal@bkfort.com, alik.segal.ecf.mem@gmail.com

Timothy J Silverman on behalf of Creditor CITIBANK N.A. AS TRUSTEE FOR CMLTI ASSET TRUST, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT
tsilverman@scheerlawgroup.com

Timothy J Silverman on behalf of Creditor Citibank, N.A. As Trustee For CMLTI Asset Trust its successors and/or assigns by its duly authorized agent PennyMac Loan Services, LLC
tsilverman@scheerlawgroup.com

Luis A Solorzano on behalf of Debtor Joseph Williams
ls@gobklaw.com, go@ecf.inforuptcy.com

Bill Taylor on behalf of Creditor SELECT PORTFOLIO SERVICING, INC.
ecfnotices@4stechnologies.com

Edward A Treder on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Perry W Wade on behalf of Creditor Green Tree Servicing LLC
perry.w.wade@gt-cs.com

Edward T Weber on behalf of Interested Party Courtesy NEF
bknotice@rcolegal.com

Jennifer C Wong on behalf of Creditor Green Tree Servicing LLC
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Creditor Green Tree Servicing LLC., its assignees and/or successors
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Creditor Green Tree Servicing, LLC
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) **4/3/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court
Hon. Judge Martin Barash
21041 Burbank Blvd., Ste. 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **3/13/18**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/3/18 | Andrea M. Castro | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3

June 2012

F 9013-3.1.PROOF.SERVICE